In the Matter of CELIA ROTHSPAN, Appellant. WALTER C. NOYES, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HAZEL S. JAECKEL, Appellant, v. RICHARD JAECKEL, Defendant. WALTER F. JAECKEL, as Executor of RICHARD JAECKEL, Deceased, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [See post, p. 862.]

HENRY J. NAHON, Individually and as a Stockholder of Nahon Company, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Respondent, v. RUTH NAHON et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

VEE BEE SERVICE COMPANY, Respondent, v. HOUSEHOLD FINANCE CORPORATION et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [See post, p. 861.]

WILLIAM MACGREGOR et al., Appellants, v. MAX OLTARSH et al., Respondents.— Order unanimously modified to the extent of granting consolidation of the Municipal Court action with this action now pending in the Supreme Court, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MAX LOEWINTHAN, Appellant, v. BETH DAVID HOSPITAL et al., Defendants, and ARTHUR I. LEVINE, Defendant-Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HELEN LA GRANDE et al., Appellants, v. HUNLEY ABBOTT et al., Defendants, and S. ARTHUR GLIXON, Defendant-Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of THOMAS F. POWERS et al., Respondents, against FIORELLO H. LA GUARDIA et al., Constituting the Board of Estimate of the City of New York, et al., Appellants, et al., Defendants.— Order, so far as appealed from, unanimously modified by striking from the last decretal paragraph thereof the words " prior to the commencement of this proceeding " (Administrative Code of the City of New York, § 93c–2.0; L. 1937, ch. 929), and as so modified affirmed, with twenty dollars costs and disbursements to the petitioners-respondents. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [181 Misc. 624.]

MORRIS STADLER et al., Respondents, v. MORRIS THAU et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ELMS STEAKS & CHOPS, INC., v. ANNA FISCHER et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the plaintiff to serve an amended complaint within five days after service of order, on payment of said costs. [See ante, p. 756.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

MARY N. MCKEE v. RALPH H. MCKEE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 266 App. Div. 992.] Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.